MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:   melanie.morgan@akerman.com
             rebekkah.bodoff@akerman.com

*Attorneys for plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Successor in Interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6, Mortgage Pass-Through Certificates, Series 2006-AR6*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR6,<br><br>Plaintiff,<br><br>vs.<br><br>STONE CANYON WEST HOMEOWNERS ASSOCIATION and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.:  2:16-cv-01904-GMN-CWH<br><br>**NOTICE OF DISASSOCIATION** |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Successor in Interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6, Mortgage Pass-Through Certificates, Series 2006-AR6 (**BoNY**) hereby provides notice Christine

{39150825;1}                                                     1

1  M. Parvan, Esq., is no longer associated with the law firm of Akerman LLP.  BoNY requests Ms.
2  Parvan be removed from the CM/ECF service list.
3      Akerman LLP will continue to represent BoNY and requests Melanie D. Morgan, Esq. and
4  Rebekkah B. Bodoff, Esq. receive all future notices.
5      Respectfully submitted, this 24th day of August, 2016

**AKERMAN LLP**

/s/ *Rebekkah B. Bodoff, Esq.*
_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Successor in Interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6, Mortgage Pass-Through Certificates, Series 2006-AR6*

IT IS SO ORDERED.

DATED: August 29, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE