MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York, as Successor in Interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6, Mortgage Pass-Through Certificates, Series 2006-AR6, Nationstar Mortgage LLC, and Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR6,<br><br>Plaintiff,<br><br>vs.<br><br>STONE CANYON WEST HOMEOWNERS ASSOCIATION and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01904-GMN-CWH<br><br>**STIPULATION AND ORDER RE: NOTICES OF RULE 30(b)(6) DEPOSITIONS OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR6 AND NATIONSTAR MORTGAGE LLC** |

1

44297698;1

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company, | |
| Counter/Cross Claimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR6; NATIONSTAR MORTGAGE LLC; BANK OF AMERICA, N.A., a national banking association; JUAN A. CHACON, an individual, | |
| Counter/Cross Defendants. | |
| STONE CANYON WEST HOMEOWNERS ASSOCIATION, | |
| Third Party Plaintiff, | |
| vs. | |
| NEVADA ASSOCIATION SERVICES, INC. | |
| Third Party Defendant. | |

Plaintiff and counter- and cross-defendant Bank of New York Mellon f/k/a The Bank of New York, as Successor in Interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6 (**BNYM**) and defendant and counter- and cross-claimant SFR Investments Pool 1, LLC (**SFR**) stipulate as follows:

1. SFR served a notice of Rule 30(b)(6) deposition continuing 13 topics on BNYM on February 5, 2018. The deposition is scheduled for April 4, 2018.

2. SFR served a notice of Rule 30(b)(6) deposition continuing 13 topics on Nationstar on February 5, 2018. The deposition is scheduled for April 4, 2018.

3. SFR served a substantially similar notice of Rule 30(b)(6) deposition on Bank of America, N.A. (**BANA**) in *Bank of Am., N.A. v. Falcon Pointe Ass'n et al*, D. Nev. Case. No. 2:16-cv-00814-GMN-CWH, last December. BANA initially disputed seven of the thirteen noticed topics: (**1**)

2

44297698;1

**topic 5**, which seeks information concerning BANA's alleged damages; (**2**) **topic 6**, which seeks information concerning what investigation, if any, BANA made into title or encumbrances before acquiring an interest in the deed of trust; (**3**) **topic 7**, which seeks information concerning what investigation, if any, BANA made into title or encumbrances before the HOA's foreclosure sale; (**4**) **topic 8**, which seeks information concerning BANA's acquisition of its interest in the note and deed of trust; (**5**) **topic 9**, which seeks information concerning BANA's "knowledge regarding creation, execution and recording" of the recorded assignment(s); (**6**) **topic 11**, which seeks information concerning BANA's communications with its "predecessor in interest" regarding the HOA's CC&Rs "and title or encumbrances;" and (**7**) **topic 12**, which seeks information concerning "[a]l facts and circumstances in which [BANA] contend[s] that [the HOA] and its foreclosure agent failed to comply" with NRS chapter 116 in conducting the foreclosure sale (collectively, the **disputed topics**).

4. BNYM, Nationstar and SFR met and conferred concerning the disputed topics pursuant to L.R. 26-7 in connection SFR's deposition notice in *Falcon Pointe*. SFR agreed to limit or withdraw four of the seven disputed topics based on the meet and confer. To avoid unnecessary fees and costs, BNYM, Nationstar and SFR stipulate to apply the agreement reached in the *Falcon Pointe* meet and confer to SFR's notice of deposition in this case as set forth below:

    a. **Topic 6**: SFR's inquiry into topic 6 shall be limited to investigations into title that revealed Stone Canyon West Homeowners Association's lien.

    b. **Topic 7**: SFR's inquiry into topic 7 shall be limited to investigations into title that revealed Stone Canyon West Homeowners Association's lien.

    c. **Topic 11**: SFR's inquiry into topic 11 shall be limited to communications between BNYM and its "predecessor in interest" regarding Stone Canyon West Homeowners Association's foreclosure notices, CC&Rs and lien.

    d. **Topic 12**: SFR has already or will seek the information it seeks to obtain through deposition topic 12 via an interrogatory. BNYM and Nationstar agree to substantively respond to SFR's interrogatory subject to any written objections. SFR will withdraw deposition topic 12 when BNYM serves its interrogatory response.

5. BANA and SFR were unable to resolve their dispute concerning the remaining three

44297698;1

disputed topics (*i.e.*, topics 5, 8 and 9) during their *Falcon Pointe* meet and confer but, to avoid litigation costs and unnecessarily burdening the Court with substantially-similar motions for protective order, agreed BANA would file only one motion per judicial combination (*e.g.*, BANA would file a motion in *Falcon Pointe*, but would not file one in other cases assigned to Judges Navarro and Hoffman in which SFR served a deposition notice on BANA containing these same three topics), and the parties will apply the Court's ruling in other similarly-situated cases. BANA moved for a protective order in *Falcon Pointe* on January 24, 2018. The motion remains pending.

6. Pursuant to the agreement reached in the *Falcon Pointe* meet and confer, BNYM and SFR agree the Court's order on BANA's motion for protective order in *Falcon Pointe,* D. Nev. Case No. 2:16-cv-00814, ECF No. 93, shall apply to SFR's notice of deposition in this case. SFR further stipulates BNYM's deposition in this case is stayed as to all topics pending the Court's ruling on BANA's motion for protective order in *Falcon Pointe.* SFR and BNYM will confer about a mutually-agreeable deposition date once an order enters in *Falcon Pointe*.

…
…
…
…
…
…
…
…
…
…
…
…
…
…
…

44297698;1

7. BNYM, Nationstar, and SFR jointly request the Court approve this stipulation as an order of the Court.

Dated this 30th day of March, 2018.

**AKERMAN LLP**

*/s/ Thera A. Cooper*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York, as Successor in Interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR6, Mortgage Pass-Through Certificates, Series 2006-AR6, Nationstar Mortgage LLC, and Bank of America, N.A.*

Dated this 30th day of March, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for counter- and cross-claimant SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 4, 2018

44297698;1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on this 30th day of March, 2018, service of the foregoing **STIPULATION AND ORDER RE: NOTICE OF RULE 30(b)(6) DEPOSITION OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR6**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties:

Jared P. Green, Esq.
Dylan P. Todd, Esq.
MCCORMICK BARSTOW LLP
8337 W. Sunset Road, Suite 350
Las Vegas, NV 89113

*Attorneys for Stone Canyon West Homeowners Association*

Diana S. Ebron, Esq.
Howard C. Kim, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Attorneys for SFR Investments Pool 1, LLC*

    */s/ Erin Surguy*
    An Employee of Akerman LLP

6

44297698;1