MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York, as Successor in Interest to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust 2006-AR6, Mortgage Pass-Through Certificates, Series 2006-AR6, Nationstar Mortgage LLC and Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR6, MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2006-AR6,<br><br>Plaintiff,<br>v.<br><br>STONE CANYON WEST HOMEOWNERS ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01904-GMN-CWH<br><br>**STIPULATION OF DISMISSAL OF BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR6, MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2006-AR6'S CLAIMS AGAINST STONE CANYON WEST HOMEOWNERS ASSOCIATION WITHOUT PREJUDICE** |

1

46748178;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1  SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,
2
3                  Counter/Cross Claimant,
   v.
4  BANK OF NEW YORK MELLON FKA BANK OF NEW YORK, AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR6, MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2006-AR6; NATIONSTAR MORTGAGE LLC; BANK OF AMERICA, N.A., a national association; and JUAN A. CHACON, an individual,
10                 Counter/Cross Defendants.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), The Bank of New York Mellon f/k/a The Bank of New York, as Successor in Interest to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust 2006-AR6, Mortgage Pass-Through Certificates, Series 2006-AR6 (**BoNYM**) and Stone Canyon West Homeowners Association (**HOA**), by and through their respective counsel fo record, hereby stipulate as follows:

…

…

…

…

…

…

…

…

…

…

…

…

2

46748178;1

BoNYM's claims against HOA are hereby voluntarily dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 31, 2018.	DATED October 31, 2018.

**AKERMAN LLP**	**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

*/s/ Thera A. Cooper*	*/s/ Dylan P. Todd*
MELANIE D. MORGAN, ESQ.	DYLAN P. TODD, ESQ.
Nevada Bar No. 8215	Nevada Bar No. 10456
THERA A. COOPER, ESQ.	8337 West Sunset Road, Suite 350
Nevada Bar No. 13468	Las Vegas, Nevada 89113
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134	*Attorney for Stone Canyon West Homeowners Association*

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York, as Successor in Interest to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust 2006-AR6, Mortgage Pass-Through Certificates, Series 2006-AR6, Nationstar Mortgage LLC and Bank of America, N.A.*

**ORDER**

**IT IS SO ORDERED:**

**DATED** this 2 day of November, 2018.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

46748178;1